

FILED

AUG 2 5 2005

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON CHAND, | Case No. CV-05-1602-JF |
| Plaintiff, | ORDER OF DISMISSAL |
| V. | |
| SAN JOSE STATE UNIVERSITY FOUNDATION, | |
| Defendant. | |

Plaintiff hereto, having requested the Court dismiss this case.

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the case should not be dismissed, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be set for trial.

Date:   August 25, 2005

JEREMY FOGEL
Judge United States District Court

Copies mailed to:

**Sharon Chand**
2081 East San Antonio Street
San Jose, CA 95116

**Richard A. Leasia**
Thelen, Reid & Priest LLP
225 West Santa Clara Street
12th Floor
San Jose, CA 95113